**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2026 NOV 20 A 9:20

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**LESTER M. FUENTES GONZALEZ, a/k/a Lester Michel Fuentes Gonzalez, a/k/a Michel Fuentes Gonzalez,**<br><br>**HECTOR A. ROQUE DE ESCOBAR,**<br><br>**and**<br><br>**OSVALDO GUILLERMO GAMEZ FERNANDEZ** | **Case No.: 1:26-mj-00333-JCN** |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1. I, Pierre Mathieu, depose and make this affidavit in support of a criminal complaint charging Lester M. Fuentes Gonzalez, a/k/a Lester Michel Fuentes Gonzalez, a/k/a Michel Fuentes Gonzalez ("Fuentes"), Hector A. Roque De Escobar ("Roque"), and Osvaldo Guillermo Gamez Fernadez ("Gamez") with Conspiracy to Manufacture 100 or more Marijuana Plants in violation of Title 21, United States Code, Section 846 and Manufacturing in Excess of 100 Marijuana Plants and aiding and abetting, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.

2. I am a Special Agent with the U.S. Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), assigned to the Office of the

Resident Agent in Charge in Bangor, Maine. I have been employed by HSI as a Special Agent since 2016. I have been a federal law enforcement agent since 2009. As an HSI Special Agent, I am authorized to investigate violations of the laws of the United States, and I have been involved with numerous criminal investigations involving violations of federal law, including those involving drug trafficking and related financial crimes. I am a federal law enforcement officer with authority to execute arrest and search warrants.

3. I base this affidavit on my own investigation, my personal knowledge, and my training and experience, as well as discussions with other law enforcement personnel and my reading of investigative reports and review of documentary and tangible evidence. This affidavit is intended to provide the facts necessary for the Court to find probable cause to issue the accompanying complaint.

4. On November 19, 2026, I participated in the execution of a federal search warrant at a residence on Barron Road in Embden (hereinafter "the Target Location.") The search warrant was issued based upon an investigation that began earlier this year and revealed that since at least January 2026, the Target Location has been used as a marijuana manufacturing facility. The search warrant authorized the search for and seizure of marijuana and evidence associated with federal controlled substance offenses relating to the manufacture, possession with the intent to distribute, and distribution of marijuana. Upon execution of the warrant, agents discovered that Fuentes, Roque and Gamez were present at the Target Location.

5. During execution of the search warrant, agents recovered the following, among other items of evidence:

A. Over 200 live marijuana plants were found in the basement of the residence, the garage, and an outbuilding at the Target Location;

B. Approximately 120 pounds of processed marijuana were found in the garage;

C. Electric grow lights;

D. Heaters;

E. Trash bags full of discarded pieces of previously harvested marijuana, including root balls, stems and leaves;

F. Documentary evidence bearing the name of Fuentes; and

G. Cellular devices.

6. Upon entering the Target Location, agents found Gamez in the basement of the residence not far from some of the marijuana plants. An agent who posed in an undercover capacity on October 28, 2026 and went to the Target Location looking for a lost dog confirms that Gamez is the man who answered the door at the Target Location. At the time of his arrest, Gamez was in possession of a cellular device that was seized by agents. A preliminary search of the device pursuant to the search warrant revealed numerous text conversations with Fuentes concerning the care of the marijuana plants, as well as photographs of the plants. A preliminary review of the cellular device reveals evidence that Gamez has been residing at the Target Location for over a year. Moreover there are numerous communications with a cellular device used by Roque. These communications include conversations and documents regarding bills, vehicle titles and photographs of marijuana plants. There are numerous photographs and videos of marijuana plants, equipment used to manufacture the plants, and locations throughout

the Target Location saved on the cellular device. During a recorded Mirandized interview conducted in the Spanish language, Gamez admitted the following in substance and in part:

A. He is a Cuban citizen;

B. He lived at the Target Location serving as a caretaker;

C. He never left the property because he does not have a valid driver's license;

D. He received food deliveries at the location;

E. He was aware of the marijuana that was being grown at the location;

F. He knew Fuentes and reported the Fuentes and Roque had arrived at the Target Location approximately seven days earlier;

G. When directed he would water the marijuana plants and take care of related refuse.

7. Upon entering the Target Location, agents encountered Fuentes when he emerged from the residence shortly after agents arrived. The investigation leading up to the issuance of the search warrant revealed that two electric accounts were in the name of Michel Fuentes Gonzalez and had been opened in 2024. The contact email address for the account is Lesterfuentes1988@gmail.com. Records from January 2026 to present reveal that one account has used well above 8,000 kwH per month and the second during the same time frame as used a one month low of 363 kwH and as much as 10,164 kwH, with an average of 5,515 kwH per month. Based on my training and experience and involvement in this investigation, I know that the typical Maine household uses

about 550 kilowatt-hours each month and the average American home uses an average of 10,632 Kilowatt-hours of electricity per year, or 863 kWh per month. The two accounts paid for by Fuentes were consuming well above the state and national average. During a recorded Mirandized interview conducted in the Spanish language, Fuentes admitted the following in substance and in part:

A. He is a Cuban citizen;

B. He had arrived at the Target Location a few days earlier.

C. He claimed to live at the Target Location.

D. He claimed the marijuana was his.

8. Upon arriving at the Target Location, agents observed Roque outside. When he saw the agents, he immediately began to run for the tree line. When I identified myself in the Spanish language as a police officer and ordered Roque to stop, Roque ran into the Target Location and was found by agents in an upstairs bedroom. After he was detained, the bedroom was searched and a cellular device was found under a pile of men's clothing. During the course of my investigation leading up to the issuance of the search warrant for the Target Location, I learned that Roque is a Cuban citizen. I also learned that he is the registered agent for a limited liability company that owns the Target Location. I also reviewed records reflecting that he has paid large electric bills for the Target Location in September and October this year. I also learned that the has a 2016 federal conviction in the District of Colorado. His conviction stems from the execution of a search warrant at a residence that contained an indoor marijuana grow. Roque was present at the location and admitted that the grow belonged to him and another person. He also admitted to tending the plants that were found in the residence.

9. Based on the foregoing, I submit that there is probable cause to believe, and I do believe, that Lester M. Fuentes Gonzalez, a/k/a Lester Michel Fuentes Gonzalez, a/k/a Michel Fuentes Gonzalez, Hector A. Roque De Escobar, and Osvaldo Guillermo Gamez Fernadez committed the criminal offenses of Conspiracy to Manufacture 100 or more Marijuana Plants in violation of Title 21, United States Code, Section 846 and Manufacturing in Excess of 100 Marijuana Plants, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Pierre Mathieu
Special Agent
U.S. Department of Homeland Security,
Homeland Security Investigations.

Sworn and subscribed before me this 20TH day of November 2026.

John C. Nivison
United States Magistrate Judge