U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
2025 NOV 20 A 9:29

# Complaint Synopsis

| | |
|---|---|
| **Name:** | HECTOR A. ROQUE DE ESCOBAR |
| **Address:**<br>**(City & State Only)** | Homestead, FL |
| **Year of Birth and Age:** | 1966/60 |
| **Violations:** | **Count 1:** Conspiracy to manufacture 100 or more marijuana plants. <u>See</u> 21 U.S.C. §§846, 841(a)(1) and 841(b)(1)(B)(vii) (Class B felony)<br><br>**Count 2:** Manufacturing 100 or more marijuana plants and aiding and abetting the same. <u>See</u> 21 U.S.C. §§841(a)(1) and 841(b)(1)(B)(vii) and 18 U.S.C. §2 (Class B felony) |
| **Penalties:** | **Counts 1 & 2:** A term of imprisonment of at least 5 years and up to 40 years, a $5,000,000 fine, or both. <u>See</u> 21 U.S.C. §841(b)(1)(B) |
| **Supervised Release:** | **Counts 1 & 2:** At least 4 years and up to life. <u>See</u> 21 U.S.C. §841(b)(1)(B) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1 & 2:** Three years per violation. <u>See</u> 18 U.S.C. §3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1 & 2:** At least 4 years and up to life. <u>See</u> 18 U.S.C. §3583(h) & 21 U.S.C. §841(b)(1)(B) |
| **Defendant's Attorney:** | ________, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | HSI / Pierre Mathieu |
| **Detention Status:** | Government moving for detention |
| **Foreign National:** | Yes (Cuba); (U.S. Lawful Permanent Resident) |
| **Foreign Consular Notification Provided:** | Offered |

| | |
|---|---|
| **County:** | Somerset |
| **AUSA:** | Joel B. Casey |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution? Y/N** | No |
| **Assessments:** | $100.00 per count |